# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **18–18061 – WIL**   Chapter: **11**

**Ft. Howard Development LLC**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held

at 6500 Cherrywood Lane, Courtroom 3–C, Greenbelt, MD 20770

on 11/7/18 at 10:00 AM

to consider and act upon the following:

74 – Emergency Motion for Protective Order TO STAY DISCOVERY OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER ON NOTICES OF DEPOSITION AND REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY RECEIVER; SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO RECONSIDER AND TO DENY DAMAGES AND SANCTIONS Filed by Trinity Protection Services, Inc., David L. Woody, Zarella Contractors, Related document(s) 55 Motion to Reconsider ORDER DISMISSING CASE OR, IN THE ALTERNATIVE; TO VACATE BAR TO REFILING; OR, IN THE ALTERNATIVE, TO DECLINE TO AWARD DAMAGES UPON DISMISSAL OF INVOLUNTARY BANKRUPTCY PETITION filed by Petitioning Creditor David L. Woody, Petitioning Creditor Zarella Contractors, Petitioning Creditor Trinity Protection Services, Inc.

75 – Response on behalf of Gray and Associates, LLC (the Receiver) Filed by Todd Michael Brooks (related document 74 Motion for Protective Order filed by Petitioning Creditor David L. Woody, Petitioning Creditor Zarella Contractors, Petitioning Creditor Trinity Protection Services, Inc.).

76 – Reply on behalf of Trinity Protection Services, Inc., David L. Woody, Zarella Contractors Filed by Ronald J Drescher (related document 75 Response filed by Gray and Associates, LLC.

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 10/30/18

                                    Mark A. Neal, Clerk of Court
                                    by Deputy Clerk, Sophia Ward
                                    301–344–0585

Form ntchrgmdb (rev. 12/2003)