## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:      Case No.: **18–18061 – WIL**      Chapter: **11**

**Ft. Howard Development LLC**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held

at 6500 Cherrywood Lane, Courtroom 3–C, Greenbelt, MD 20770

on 11/28/18 at 10:00 AM

to consider and act upon the following:

57 – Motion – State Court Receiver's Motion to Extend Temporary Bar Prohibiting the Commencement of Further Involuntary Bankruptcy Petitions Filed by Gray and Associates, LLC (the Receiver).

58 – Motion – State Court Receiver's Motion for Fees, Costs and Damages Pursuant to Sections 303(i) and 305 of the Bankruptcy Code Filed by Gray and Associates, LLC (the Receiver).

59 – Motion – State Court Receiver's Motion for Sanctions Pursuant to Rule 9011 of the Federal Rules of Bankruptcy Procedure Filed by Gray and Associates, LLC (the Receiver).

66 – Response on behalf of Gray and Associates, LLC (the Receiver) Filed by Todd Michael Brooks (related document(s)55 Motion to Reconsider filed by Petitioning Creditor David L. Woody, Petitioning Creditor Zarella Contractors, Petitioning Creditor Trinity Protection Services, Inc.), Related document(s) 57 Motion – State Court Receiver's Motion to Extend Temporary Bar Prohibiting the Commencement of Further Involuntary Bankruptcy Petitions filed by Interested Party Gray and Associates, LLC (the Receiver).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 11/5/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Denise Smith
410–962–4414

Form ntchrgmdb (rev. 12/2003)